JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS VAIZ, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC., an Ohio Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 18-2165-GW(RAOx)<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL**<br><br>Courtroom: 9D<br>Judge: Hon. George H. Wu |

# ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL

Based on the parties Joint Stipulated Request for Dismissal and good cause appearing, IT IS SO ORDERED.

DATED: November 7, 2018

_____
GEORGE H. WU, U.S. District Judge